UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVEN MARQUELL DESHUN ALLEN                                        PLAINTIFF

V.                          3:15CV00248 BSM/JTR

LAWRENCE, Sergeant,
Craighead County Detention Center, et al.                           DEFENDANTS

## ORDER

The Clerk is directed to amend the docket sheet to add Nurse Lawrence and John Doe, unknown doctor, as Defendants to this lawsuit. *Doc. 8.*

IT IS SO ORDERED THIS 24th day of September, 2015.

                                                                       /s/ J. Thomas Ray
                                                           UNITED STATES MAGISTRATE JUDGE