**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

STEVEN MARQUELL DESHUN ALLEN                                    PLAINTIFF

v.                              CASE NO. 3:15CV00248 BSM/JTR

LAWRENCE, Sergeant,
Craighead County Detention Center, et al.                       DEFENDANTS

<u>**ORDER**</u>

The partial recommended disposition submitted by United States Magistrate Judge J.
Thomas Ray has been reviewed.  No objections have been filed. After careful consideration,
the partial recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1.     Allen may proceed with his excessive force and inadequate medical care claims
against defendants Sergeant Lawrence, Nurse Lawrence, and Doe, an unknown doctor.

2.     Allen's claims against Craighead County are dismissed without prejudice.

3.     Allen's claims against the Craighead County Detention Center and the
Craighead County Sheriff's Department are dismissed with prejudice.

4.     The Clerk is directed to prepare a summons for Sergeant Lawrence and Nurse
Lawrence.  The U.S. Marshal is directed to serve the summons, complaint, amended
complaint, second amended complaint, and this order on them without prepayment of fees
and costs or security therefor.  If either defendant is no longer a Craighead County employee,
the individual responding to service must file a sealed statement containing the unserved

defendant's last known private mailing address.

5.      Allen must file, within 90 days of the entry of this order, a motion for service containing Doe's full name and service address.  If Allen does not do so, his claim against Doe will be dismissed without prejudice.  *See* Fed. R. Civ. P. 4(m).

6.      Pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 5th day of November 2015.

UNITED STATES DISTRICT JUDGE