**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**STEVEN MARQUELL DESHUN ALLEN**                                          **PLAINTIFF**

v.                            **CASE NO. 3:15CV00248 BSM**

**LAWRENCE, Sergeant,**
**Craighead County Detention Center, et al.**                             **DEFENDANTS**

## ORDER

Plaintiff Steven Allen's motion for injunctive relief [Doc. No. 10] is very concerning because he alleges the Craighead County jail is continuing to intentionally refuse to permit him to receive medical treatment for an injury to his nose that occurred when he was abused at the jail. He states that his nose injury resulted from the abuse that forms the basis of this lawsuit. From the record, it is impossible to determine whether he can prove these statements, but the partial recommended disposition submitted by United States Magistrate Judge J. Thomas Ray is accurate that Allen has failed to meet the stringent burden of showing that injunctive relief is appropriate. For that reason, the recommended disposition is adopted in all respects, and Allen's motion for a preliminary injunction [Doc. No. 10] is denied. Pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 7th day of January 2016.

_____
UNITED STATES DISTRICT JUDGE