UNITED DATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVEN MARQUELL DESHUN ALLEN          PLAINTIFF

V.          3:15CV00248 BSM/JTR

LAWRENCE, Sergeant,
Craighead County Detention Center, et al.          DEFENDANTS

## ORDER

An evidentiary hearing in the above styled case has been scheduled for Wednesday, February 3, 2016, at 1:30 p.m. before Magistrate Judge J. Thomas Ray, at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, Courtroom #1C. This evidentiary hearing will consider the Notice of No Video filed by Separate Defendant Sgt. Lawrence *(Doc. 45)*. The medical Defendants (Bentley, Jackson, and Loren Lawrence) are not required to attend the evidentiary hearing.

Defendant Lawrence is directed to ensure the presence of Jail Administrator Matt Hall, Assistant Jail Administrator Todd Harrell, and any other witnesses he wishes to present during the evidentiary hearing.

The Craighead County Detention Facility is directed to ensure the presence of Plaintiff, along with his institutional file, at the evidentiary hearing.

IT IS SO ORDERED this 25th day of January 2016.

_____
UNITED STATES MAGISTRATE JUDGE