UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVEN MARQUELL DESHUN ALLEN         PLAINTIFF

V.                          3:15CV00248 BSM/JTR

LAWRENCE, Sergeant,
Craighead County Detention Center, et al.         DEFENDANTS

## ORDER

Plaintiff has filed a Statement indicating that he has been released from custody and is currently residing at a private address in Jonesboro, Arkansas. *Doc. 57*. In light of his recent release, it is unclear whether Plaintiff is still entitled to proceed *in forma pauperis.*[1]

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to send Plaintiff a freeworld Application to Proceed *In Forma Pauperis*.

2. Plaintiff must file, **on or before March 17, 2016**, a freeworld Application to Proceed *In Forma Pauperis*. If he does not do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

---

[1] The Court's records demonstrate that Plaintiff currently owes all of the $350 filing fee.

Dated this 16th day of February, 2016.

                                                                       _____
                                                                       UNITED STATES MAGISTRATE JUDGE