UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVEN MARQUELL DESHUN ALLEN                                          PLAINTIFF

V.                            3:15CV00248 BSM/JTR

LAWRENCE, Sergeant,
Craighead County Detention Center, et al.                              DEFENDANTS

**ORDER**

Defendants have filed a Motion asking the Court to compel Plaintiff to answer their January 18, 2016 Interrogatories and Requests for Production. *Doc. 64.* Plaintiff has not responded to the Motion to Compel, and the time for doing so has expired. *See* Local Rule 7.2(f) (providing that: "The failure to timely respond to any nondispositive motion . . . shall be an adequate basis, without more, for granting the relief sought in said motion").

Additionally, the Court finds good cause for granting the Motion because Plaintiff's blanket and unspecified "objection" to all twenty-four Interrogatories and seven requests for Production of Documents was improper. *See* Local Rule 33.1 (clarifying that a "blanket objection" to discovery requests "will not be recognized," and that, instead, objections "must be stated with particularity" to each separate

discovery request).

IT IS THEREFORE ORDERED THAT Defendants' Motion to Compel *(Doc. 64)* is GRANTED. Plaintiff must file, **on or before May 27, 2016,** his Answers to Defendants' January 18, 2016 Interrogatories and Requests for Production. If he does not timely and properly do so, this case will be dismissed, without prejudice, pursuant to Fed. R. Civ. P. 37.

Dated this 17th day of May, 2016.

                                          /s/ J. Thomas Ray
                                  UNITED STATES MAGISTRATE JUDGE