**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**STEVEN MARQUELL DESHUN ALLEN**                                       **PLAINTIFF**

v.                              **CASE NO. 3:15CV00248 BSM**

**LAWRENCE, Sergeant,**
**Craighead County Detention Center, et al.**                              **DEFENDANTS**

## ORDER

All claims against defendant Loren Lawrence are dismissed with prejudice because she is deceased [Doc. No. 31] and Allen has not moved for substitution.  *See* Fed. R. Civ. P. 25(a)(1).  It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 19th day of May 2016.

_____
UNITED STATES DISTRICT JUDGE