# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

STEVEN MARQUELL DESHUN ALLEN                                          PLAINTIFF

V.                              3:15CV00248 BSM/JTR

LAWRENCE, Sergeant,
Craighead County Detention Center, et al.                            DEFENDANTS

## **ORDER**

Defendants seek an extension of the discovery and dispositive motion deadlines because Plaintiff has the "Authorization for Use or Disclosure of Protected Health Information" form ("Authorization Form") they previously sent him during discovery. *Doc. 70.* The Court finds good cause for granting Defendants' requests.

IT IS THEREFORE ORDERED THAT:

1.  Defendants' Motion for an Extension of Time *(Doc. 70)* is GRANTED.

2.  The Clerk is directed to mail Plaintiff another copy of the Authorization Form *(Doc. 64, Exhibit A at 10).*

3.  Plaintiff must complete, sign, and file the Authorization Form **on or before July 19, 2016. If he does not timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 37(b)(2)(A).**

-1-

4. Defendants must complete discovery **on or before August 18, 2016**.[1]

5. Defendants must file any dispositive motions **on or before September 19, 2016.**

Dated this 5th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] This extension is granted *only to allow Defendants* time to review any medical records they may obtain pursuant to the Authorization form and conclude any final discovery related to those documents. *Plaintiff's* deadline for completing discovery was May 31, 2016, and it is *not extended by this Order. Doc. 18.*