UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVEN MARQUELL DESHUN ALLEN                                    PLAINTIFF

V.                          3:15CV00248 BSM/JTR

LAWRENCE, Sergeant,
Craighead County Detention Center, et al.                       DEFENDANTS

## ORDER

Plaintiff's Motion for a Status Update *(Doc. 79)* is GRANTED. The Court is reviewing the parties' summary judgment papers. It will then issue a Recommended Disposition suggesting how United States Chief District Judge Brian S. Miller should rule on the motion for summary judgment. You will have fourteen days to file any objections to the Recommended Disposition.

The Clerk is directed to mail Plaintiff a copy of the docket sheet for this case.

IT IS SO ORDERED THIS 15th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE