# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**STEVEN MARQUELL DESHUN ALLEN**  PLAINTIFF

v.  CASE NO. 3:15CV00248 BSM

**LAWRENCE, Sergeant,**
**Craighead County Detention Center, et al.**  DEFENDANTS

## ORDER

The partial recommended disposition [Doc. No. 81] submitted by United States Magistrate Judge J. Thomas Ray and plaintiff Steven Allen's objections [Doc. No. 82] have been reviewed. After careful consideration, the partial recommended disposition is hereby adopted in all respects. Accordingly, defendants Dr. Arthur Bentley and Chassity Jackson's motion for summary judgment [Doc. No. 73] is granted and Allen's claims against them are dismissed with prejudice.

IT IS SO ORDERED this 14th day of June 2017.

_____
UNITED STATES DISTRICT JUDGE