# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

STEVEN MARQUELL DESHUN ALLEN                        PLAINTIFF

V.                      3:15CV00248 BSM/JTR

MIKE LAWRENCE, Sergeant,
Craighead County Detention Center                                    DEFENDANT

## ORDER

Plaintiff, who is no longer in custody, has filed a Witness List asking the Court to subpoena several non-party witnesses to testify on his behalf during the September 13, 2017 Evidentiary Hearing/Bench Trial. *Doc. 85.*

First, Plaintiff asks the Court to subpoena Defendant Mike Lawrence, Officer Taylor Iglehort, Officer Sean Calaway, Officer Derek Phillips, and Officer Jacob Saffell. It is unnecessary for the Court to do so because Defendants have orally agreed to make arrangements for those five individuals to be at the Evidentiary Hearing/Bench Trial.

Next, Plaintiff asks the Court to subpoena two mental health professionals from Mid-South Health Systems in Jonesboro. However, he has not provided the name of either mental health professional. Instead, Plaintiff directs the Court's

attention to paperwork from Mid-South Health Systems that includes the mental health professional's *illegible* signatures. *Id.* at 3 & 4.

Finally, Plaintiff also asks the Court to subpoena two "Officer Taylors," who allegedly worked at the Craighead County Detention Center. The only information Plaintiff has provided about these two individuals is that "one is black and the other is white." *Doc. 85 at 2*. Defendant has informed the Court that he believes Myketa Taylor is one of the "Officer Taylors" mentioned by Plaintiff, but he does not know the identity of the other individual.

It is *Plaintiff's responsibility* to determine the full and proper names of the witnesses he would like to call during the Evidentiary Hearing/Bench Trial and to *promptly* provide that information to the Court. If he fails to timely and properly do so, Plaintiff will not be able to have the mental health professionals and the unspecified Officer Taylors testify during the Evidentiary Hearing/Bench Trial.

IT IS THEREFORE ORDERED THAT Plaintiff must file, **on or before August 25, 2017**, a Supplemental Witness List that: (1) provides the full names of the two mental health professionals he wants the Court to subpoena; (2) explains the testimony he expects from both mental health professionals and how that expected testimony is relevant to his excessive force claim; (3) states whether he wishes to call Officer Myketa Taylor as a witness; and (4) provides the full name of the other "Officer Taylor" he would like to call as a witness.

Dated this 16th day of August, 2017.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE