# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

STEVEN MARQUELL DESHUN ALLEN                                      PLAINTIFF

V.                              3:15CV00248 BSM/JTR

LAWRENCE, Sergeant,
Craighead County Detention Center                                 DEFENDANT

## ORDER

Pursuant to the information provided in Defendant's Witness List, the Clerk is directed to indicate on the docket sheet that Defendant Lawrence's full name is "Mike Lawrence."

IT IS SO ORDERED THIS 7th day of September, 2017.

```
_____
UNITED STATES MAGISTRATE JUDGE
```