IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**STEVEN MARQUELL DESHUN ALLEN**            **PLAINTIFF**

**v.**            **CASE NO. 3:15-CV-00248 BSM**

**MIKE LAWRENCE, Sergeant,**
**Craighead County Detention Center**            **DEFENDANT**

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of January 2018.

_____
UNITED STATES DISTRICT JUDGE